IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.:  3:09-501-JFA |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TOBY HAMM | ) | |
| | ) | |
| _____ | ) | |

      The United States Supreme Court has granted certiorari in two cases, *Edward Dorsey, Sr. v. United States*, Docket No. 11-5683 and *Corey A. Hill v. United States*, Docket No. 11-5721, which might assist the court in deciding the issue presented in the motion brought by the defendant pursuant to 28 U.S.C. § 2255.  For this reason, the court will stay its decision on the pending § 2255 motion and the government's motion for summary judgment.  The court will rule upon the motions after the Supreme Court has rendered its decisions in the above referenced cases.

      IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

December 8, 2011                              Joseph F. Anderson, Jr.
Columbia, South Carolina                United States District Judge